UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL KING,<br><br>        Petitioner,<br><br>    v.<br><br>U.S.P. VICTORVILLE,<br><br>        Respondent. | Case No. 24-cv-05173-JST<br><br>**ORDER OF TRANSFER** |

Petitioner, an inmate housed at United States Penitentiary Victorville ("USP Victorville"), in Victorville, California has filed this *pro se* habeas petition, seeking review of a prison disciplinary finding that occurred at USP Victorville. *See generally* ECF No. 1. USP Victorville is located in the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3; *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: September 13, 2024

_____
JON S. TIGAR
United States District Judge