UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:24-cv-01978 TJH (ADS)                                   Date:  December 11, 2024

Title:  *Darrell King v. U.S.P. Victorville*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):   Attorney(s) Present for Respondent(s):
None Present                             None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

Darrell King ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") on August 15, 2024, in the United States District Court for the Northern District of California. (Dkt. No. 1.) The Petition was transferred to this Court on September 13, 2024. (Dkt. No. 8.) On October 17, 2024, this Court issued an Order Requiring Response to Petition. (Dkt. No. 12.) The Court ordered Respondent to respond to the Petition by filing a Motion to Dismiss by November 18, 2024, or an Answer by December 2, 2024. (Id.) As of the date of this Order, Respondent has not filed a Motion to Dismiss or an Answer in response to the Petition.

Respondent is **ORDERED TO SHOW CAUSE** why it has failed to file a response to the Petition **by no later than December 16, 2024**.

**IT IS SO ORDERED.**

Initials of Clerk kh