UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 5:24-cv-01978 TJH (ADS)                              Date: December 17, 2024

Title: *Darrell King v. U.S.P. Victorville*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):   Attorney(s) Present for Respondent(s):
None Present                             None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Before the Court is Darrell King's ("Petitioner") Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") alleging a due process violation in connection with an October 26, 2021 disciplinary incident (the "Incident") that he claims he did not commit. (Dkt. No. 1.) On December 16, 2024, Respondent filed a notice stating the Petition is now moot because, on December 10, a Disciplinary Hearing Officer held a rehearing on the Incident, found the Incident report unsubstantiated, expunged the Incident from Petitioner's record, and "all sanctions relating to good conduct time have been credited back to Petitioner's sentence." (Dkt. No. 15.) Respondent submits evidence supporting the notice and indicating that Petitioner was present for the rehearing. (Dkt. Nos. 15-1, 15-2.) Accordingly, the Petition appears to be moot.

Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed as moot **by no later than December 30, 2024**.

**Petitioner is expressly cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Initials of Clerk kh